# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**LEXJET CORPORATION,**

    Plaintiff,

v.                                             Case No.  8:11-cv-2828-T-30TBM

**BREATHING COLOR, INC.,**

    Defendant.
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Defendant's Unopposed Motion to Remove or Consolidate State Case with Florida Case (Dkt. 33). Upon review of Defendant's motion, and being otherwise advised in the premises, the Court concludes that the motion should be denied.

Defendant requests that the Court permit the removal of a California state-court action that has been pending in California since 2009, to this Court, for consolidation with the instant action. Jurisdiction in the instant action is based on diversity jurisdiction. Defendant concedes that the removal would be untimely, i.e., the one-year removal deadline has long passed, and admits that the removal would destroy diversity jurisdiction. Defendant urges the Court to waive these jurisdictional bars. The Court declines to do so. Putting the jurisdictional barriers aside, this case has been pending since 2011, and Defendant's motion does not adequately explain the gross delay in attempting to consolidate these actions.

Defendant's motion suffers a larger plight, however.  The motion disregards bedrock federal law that holds that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States *for the district and division embracing the place where such action is pending.*"  28 U.S.C. § 1441(a) (emphasis added); *see also* 28 U.S.C. § 1446(a).  The California state-court action is pending in Los Angeles Superior Court.  The Middle District of Florida does not embrace California.  Thus, the California state-court  action cannot be removed to this Court.

It is therefore ORDERED AND ADJUDGED that Defendant's Unopposed Motion to Remove or Consolidate State Case with Florida Case (Dkt. 33) is denied.

**DONE** and **ORDERED** in Tampa, Florida on August 5, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2011\11-cv-2828.mtremove.frm