**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**LEXJET CORPORATION,**

    **Plaintiff,**

v.                                                Case No.  8:11-cv-2828-T-30TBM

**BREATHING COLOR, INC.,**

    **Defendant.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Motion for Voluntary Dismissal without Conditions or, in the Alternative, for Extension of Deadline to Respond to Motion for Summary Judgment and to Continue Trial (Dkt. 78) and Defendant's Response in Opposition (Dkt. 80).  Upon consideration of the motion, response, and being otherwise advised in the premises, the Court concludes that the motion should be denied.

This case is set on the Court's August trial docket, with a July 8, 2014 pretrial conference.  The trial date and scheduling deadlines have been moved three times previously.  On April 21, 2014, Defendant filed a motion for summary judgment (Dkt. 49).  The motion moved for summary judgment on the entirety of Plaintiff's claims.  Plaintiff filed two motions for extension of time to respond to the summary judgment motion, which the Court granted.  In sum, Plaintiff was granted an extension of nearly thirty days to respond to the pending motion.  Plaintiff's final deadline to respond was on June 6, 2014.

On June 6, 2014, rather than filing a response to the pending motion for summary judgment, Plaintiff filed the instant motion that requests the Court to dismiss Plaintiff's case, with prejudice, but, without imposing any conditions. Plaintiff seeks the extraordinary remedy of avoiding the payment of Defendant's costs incurred in this case.[1] Plaintiff states that it would like to "avoid the expense of further litigation and the inherent uncertainties of trial." (Dkt. 78).

Reading between the lines, it appears that Plaintiff concedes that it does not have a meritorious case. And, based on the Court's initial review of Defendant's motion for summary judgment, the Court concludes that Defendant's motion has merit.[2] Accordingly, the Court will not allow Plaintiff to dismiss this case without any conditions imposed, especially because the motion to dismiss was filed *after* Defendant filed its motion for summary judgment and *after* the Court provided Plaintiff with two extensions of time to respond to the summary judgment motion.

Notably, if Defendant is granted summary judgment, Defendant will be entitled to costs. Defendant's response points out that Defendant has incurred approximately $60,000 in costs.[3]

---

[1] The claims do not allow for attorney's fees to the prevailing party.

[2] However, the Court makes no ruling on the pending motion for summary judgment at this time.

[3] Of course, these costs must be recoverable under the relevant federal law.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff's Motion for Voluntary Dismissal without Conditions or, in the Alternative, for Extension of Deadline to Respond to Motion for Summary Judgment and to Continue Trial (Dkt. 78) is denied.

2. Plaintiff shall file a response to Defendant's Motion for Summary Judgment on or before June 20, 2014.  **No further extensions will be granted.**

3. The Court will not move the pretrial or trial.  The parties shall be prepared at the July 8, 2014 pretrial and shall file a joint pretrial statement by July 1, 2014.

**DONE** and **ORDERED** in Tampa, Florida on June 13, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2011\11-cv-2828.mtdismisscase-denied.frm